

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-22-2007

# USA v. Wood

Precedential or Non-Precedential: Precedential

Docket No. 06-1372

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Wood" (2007). *2007 Decisions.* Paper 1028.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1028

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 06-1372

———————

UNITED STATES

v.

SHAHEED WOOD,
            Appellant

———————

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 04-00431)
Honorable J. Curtis Joyner, District Judge

———————

Argued March 16, 2007

BEFORE: FUENTES, GREENBERG and LOURIE*, Circuit Judges

———

**ORDER AMENDING OPINION**

At the direction of the Court, the opinion filed on May 17, 2007 is amended to correct the spelling of the attorney for Appellant as follows:

Mark S. Greenberg (argued)

———————————

*Honorable Alan D. Lourie, United States Circuit Judge for the Federal Circuit, sitting by designation.

For the Court,

/s/Marcia M. Waldron
Clerk

DATED: May 22, 2007
tmk/cc: Mark S. Greenberg, Esq.
         Jose R. Arteaga, Esq.